**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 25-7043

CHAUNCEY DEMETRIUS BENNETT,

Plaintiff - Appellant,

v.

MAJOR D. MEARS; WARDEN DEBORA DARDEN; COORDINATOR DAVON
TRUIT; CO II D. MASSEY; CAPTAIN WILLIAM CLAYTON; R.N. ALICIA
KEENE; CHIEF OPERATING OFFICER CHARLES L. SMITH; A.R.P. / E.C.I.
COORDINATOR JACULINE HAIR; LIEUTENANT EVAN WARD;
COMMISSIONER PATRICIA GOINS; WARDEN WILLIAM BAILEY;
ADMINISTRATIVE OFFICER III SANDRA HOLMES; ASSISTANT WARDEN
MONIKA BRITTINGHAM; DEPUTY DIRECTOR ROBIN WOOLFORD; GARY
SNYDER; DR. DONALD ALVES; LIEUTENANT V. BOSS; SECRETARY OF
D.P.S.C.S. CAROLYN J. SCRUGGS,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore.
Brendan A. Hurson, District Judge.  (1:24-cv-02360-BAH)

Submitted:  July 23, 2026                                    Decided:  July 27, 2026

Before WYNN and HARRIS, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Chauncey Demetrius Bennett, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Chauncey Demetrius Bennett appeals the district court's order dismissing his second amended 42 U.S.C. § 1983 complaint for failure to state a claim pursuant to 28 U.S.C. § 1915A(b)(1). Because Bennett's second amended complaint did not comply with the district court's instructions or Federal Rule of Civil Procedure 8(a), we affirm the district court's order.[*] *Bennett v. Mears*, No. 1:24-cv-02360-BAH (D. Md. Dec. 4, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] We deny Bennett's motions for assignment of counsel and for a refund of the filing fee.